UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY KISEL,<br><br>    Petitioner,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | No. ED CV 25-1762-KK(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the Motion for Immediate Release or Supervision Release ("Motion"), all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

   IT IS ORDERED that the Petition and Motion are denied and Judgment shall be entered denying the Petition without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____10/06/2025_____.

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2