JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY KISEL, | No. ED CV 25-1762-KK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice.

DATED:  10/06/2025                    .

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE